IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| DANIELLE SHIPLETT,<br>                    Appellant,<br>vs.<br>KEVIN SHIPLETT,<br>                    Respondent. | No. 83202 **FILED**<br><br>JAN 1 9 2022<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |
| KEVIN MICHAEL SHIPLETT,<br>                    Appellant,<br>vs.<br>DANIELLE NICOLE SHIPLETT,<br>                    Respondent. | No. 83312 |

*ORDER DISMISSING APPEALS*

Cause appearing, appellants' motions for voluntary dismissal of these appeals are granted. These appeals are dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Rebecca Burton, District Judge, Family Court Division
     Carolyn Worrell, Settlement Judge
     Robbins & Onello, LLP
     The Law Offices of Frank J. Toti, Esq.
     Eighth District Court Clerk

22-01831